IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK BROWN, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 10-134 Erie |
| v. ) | |
| EQUITY, et al., ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on May 26, 2010, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 122], filed on March 1, 2011, recommended that Defendant Stretton's motion to dismiss [ECF No. 15] be granted; the Commonwealth Defendants' motion to dismiss complaint and amended complaint [ECF No. 26] be granted; the Judicial Defendants' motion to dismiss Plaintiff's complaint [ECF No. 81] be granted; and the motion to dismiss filed by Defendants McGoldrick, Green, Duckworth, and Dahl [ECF No. 108] be granted. It was further recommended that, pursuant to the authority granted to courts in the Prison Litigation Reform Act, Plaintiff's claims against Defendants Equity, C.F.C.F., Bob, Ms. Barkley, Carrasquill, and Jones be dismissed and the case closed. The parties were allowed fourteen (14) days from the date of service to file objections. No objections were filed. After de novo review of the motions and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of March, 2011;

IT IS HEREBY ORDERED that Defendant Stretton's motion to dismiss [ECF No. 15] is GRANTED; the Commonwealth Defendants' motion to dismiss complaint and amended complaint [ECF No. 26] is GRANTED; the Judicial Defendants' motion to dismiss Plaintiff's complaint [ECF No. 81] is GRANTED; and the motion to dismiss filed

by Defendants McGoldrick, Green, Duckworth, and Dahl [ECF No. 108] is GRANTED.

IT IS FURTHER ORDERED THAT, pursuant to the authority granted to courts in the Prison Litigation Reform Act, Plaintiff's claims against Defendants Equity, C.F.C.F., Bob, Ms. Barkley, Carrasquill, and Jones are DISMISSED.

The Report and Recommendation [ECF No. 122] of Magistrate Judge Baxter, filed on March 1, 2011, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

                                                      s/ Sean J. McLaughlin
                                                         United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge